IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 2 6 2008
DANNY L. MILLER, CLERK
BY_____ DEPUTY CLERK

IN RE: ELIZABETH HARVEY                                              DEBTOR(S)

CASE NO. 08-01677-EE

ELIZABETH HARVEY and EILEEN N. SHAFFER, TRUSTEE          RESPONDENTS

CITIFINANCIAL AUTO CREDIT, INC.                                      CREDITOR

## ORDER LIFTING THE AUTOMATIC STAY AND DIRECTING ABANDONMENT

**THIS DAY** this case came on for hearing on consideration of the motion (#15) of CitiFinancial Auto Credit, Inc. (CitiFinancial) to lift the automatic stay and to direct abandonment, and the Court, having considered said motion and being duly advised in the premises, finds that said motion should be granted.

**IT IS, THEREFORE, ORDERED** that CitiFinancial be and is hereby granted relief from the automatic stay as to the property described as one (1) 2004 Ford Expedition vehicle bearing VIN 1FMEU15W84LA04794, and the trustee is directed to abandon said property.

**IT IS FURTHER ORDERED** that the stay relief granted in this order is effective immediately, and this order is excepted from the stay provisions of *Bankruptcy Rule 4001(a)(3)*.

SO ORDERED this the 26TH day of August 2008.

_____
U. S. Bankruptcy Court Judge

ORDER SUBMITTED BY

_____
Larry Spencer, Attorney for CitiFinancial

KING & SPENCER, ATTORNEYS
POST OFFICE BOX 123
JACKSON, MS 39205
PHONE: 601-948-1547, MB #7730